UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-82457-CIV-DIMITROULEAS

MELISSA A. RUBIN,

    Plaintiff,

vs.

ALLIED INTERSTATE, INC.,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [DE-7], filed herein on February 19, 2010.  The Court has carefully considered the Joint Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    The Joint Stipulation for Dismissal with Prejudice [DE-7] is hereby **APPROVED**;

    2.    The above-styled cause is hereby **DISMISSED** with prejudice, with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties;

    3.    The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 19th day of February, 2010.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record